UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CASIMIRO SALINAS,
Institutional ID No. 88042

                Plaintiff,

v.                                        No. 5:24-CV-00190-H

KELLY ROWE, *et al.*,

                Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The Court independently examined the record and reviewed the findings, conclusions, and recommendation for plain error. Finding none, the Court accepts and adopts the findings, conclusions, and recommendation of the United States Magistrate Judge.

As a result, Plaintiff's complaint and all claims alleged in it are dismissed without prejudice for want of prosecution under Federal Rule of Civil Procedure 41(b).

All relief not expressly granted is denied.

The Court will enter judgment accordingly.

So ordered.

Dated ___September 30___, 2025.

                                            _____
                                            JAMES WESLEY HENDRIX
                                            United States District Judge